# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:17-cv-00680-JTN | 5/23/2018 | 2:10 PM – 4:40 PM | Ellen S. Carmody |

### CASE CAPTION

| |
|---|
| Swain v. Calhoun, County of et al |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Anne L. Buckleitner | Plaintiff(s) |
| Andrew James Brege | Defendant(s) |

### PROCEEDINGS

**NATURE OF HEARING:** Early Settlement Conference held; case settled; order for dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Lenon