UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORINDA SWAIN,

       Plaintiff,                        Case No. 1:17−cv−00680−JTN−ESC

v.                                       Hon. Janet T. Neff

CALHOUN, COUNTY OF, et al.,

       Defendants.
_____/

**ORDER**

       The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court by June 21, 2018.

       IT IS SO ORDERED.

Dated: May 24, 2018                                 /s/ Ellen S. Carmody
                                                        ELLEN S. CARMODY
                                                         U.S. Magistrate Judge